IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE OFFICIAL STANFORD INVESTORS COMMITTEE | § § § § § § § § § § § § § § | |
| Plaintiff | | |
| v. | | Civil Action No. 3:12-cv-01447-N-BL |
| BDO USA, LLP, BDO INTERNATIONAL LTD., BDO GLOBAL COORDINATION B.V. AND BRUSSELS WORLDWIDE SERVICES BVBA | | |
| Defendants, | | |

## AGREED AMENDED STIPULATED ORDER REGARDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND BRIEFING SCHEDULE

**WHEREFORE**, the parties to the above-captioned case have conferred and agreed that the circumstances of this case and its relationship to other ongoing Stanford-related litigation, the interests of justice will be served by another brief extension of time for Defendants to respond to the First Amended Complaint ("Complaint"), and entry of a briefing schedule governing motions and briefs directed toward the Complaint.

Upon consideration of the joint stipulation of Plaintiff, the Official Stanford Investors Committee, and Defendants, BDO USA, LLP, BDO International Ltd., BDO Global Coordination B.V., and Brussels Worldwide Services BVBA, to (1) extend Defendants' deadline to respond to Plaintiff's Complaint to July 11, 2014, and (2) enter a joint briefing schedule, as set forth below, for motions directed toward the Complaint; and

It appearing that good cause exists to enter the Stipulated Order, Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Local Rules of this Court ("LR"), and the Civil

___

Justice Expense and Delay Reduction Plan (the "Plan") for the Northern District of Texas, the Court **ORDERS** as follows:

It is hereby **ORDERED** that the deadline for Defendants to answer, move or otherwise respond to Plaintiff's Complaint is hereby extended to July 11, 2014.

**IT IS HEREBY FURTHER ORDERED** that the deadline for Plaintiff to oppose any motion by Defendants directed toward the Complaint is hereby extended to August 11, 2014.

**IT IS HEREBY FURTHER ORDERED** that the deadline for Defendants to file any reply brief in support of a motion directed toward the Complaint is September 11, 2014.

Signed May 30, 2014

_____
David C. Godbey
United States District Judge

| | |
|---|---|
|    /s/ Douglas J. Buncher |    /s/ James R. Nelson |
| Douglas J. Buncher | James R. Nelson |
| State Bar No. 03342700 | State Bar No. 14899800 |
| Nicholas A. Foley | Grayson D. Stratton |
| State Bar No. 07208620 | State Bar No. 24075443 |
| John D. Gaither | Xenia Nicole Figueroa |
| State Bar No. 24055516 | State Bar No. 24069716 |
| Douglas Dunn | **DLA PIPER LLP (US)** |
| State Bar No. 06243700 | |
| **NELIGAN FOLEY LLP** | 1717 Main Street, Suite 4600 |
| | Dallas, Texas 75201 |
| 325 N. St. Paul St., Suite 3600 | Telephone:  (214) 743-4500 |
| Dallas, Texas 75201 | Fax:  (214) 743-4545 |
| Telephone:  (214) 840-5300 | |
| Fax: (214) 840-5301 | Michael S. Poulos (Of Counsel) |
| Edward C. Snyder | Joseph E. Collins |
| Jesse R. Castillo | **DLA PIPER LLP (US)** |
| **CASTILLO SNYDER, P.C.** | |
| | 203 N. LaSalle St., Suite 1900 |
| 300 Convent Street, Suite 1020 | Chicago, Illinois 60601-1293 |
| San Antonio, Texas 78205 | Telephone :  (312) 368-4000 |
| Telephone:  (210) 630-4200 | Fax:  (312) 236-7516 |
| Fax:  (210) 630-4210 | |
| | *Counsel for Defendants, BDO USA, LLP,* |
| Peter D. Morgenstern | *BDO International Ltd., BDO Global* |
| (*admitted pro hac vice*) | *Coordination B.V., and Brussels* |
| **BUTZEL LONG PC** | *Worldwide Services BVBA* |
| | |
| 380 Madison Ave | |
| 22nd Floor | |
| New York, NY 10017 | |
| Telephone: (212) 818-1110 | |
| Fax: (212) 818-0494 | |
| | |
| *Counsel For Plaintiff, The Official* | |
| *Stanford Investors Committee* | |

---